Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO ARROYO-CANTU,<br><br>　　　　　Defendant. | DOCKET NO. 6:13-mj-042-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Roberto ARROYO-CANTU, was arrested July 3, 2013, in Yosemite National Park and charged with three counts in a criminal complaint: Count 1: interference with an agency function; Count 2: driving on a suspended license behind a DUI; and Count 3: failure to comply with a traffic control device. ARROYO-CANTU plead guilty July 23, 2013, to Count 2. ARROYO-CANTU was sentenced to pay a fine of $800, 12 months of unsupervised probation, obey all laws, report any new law violations, and 10 days custody – suspended for length of probation. The Government alleges Roberto ARROYO-CANTU has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:　　FAILURE TO PAY FINE

　　　ARROYO-CANTU was ordered to pay a fine of $800. ARROYO-CANTU has paid $0 of the $800 fine.

1

1 | The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Roberto Arroyo-Cantu*, 6:13-mj-42-MJS, be put back on calendar at a time convenient for the Court.

`

Dated: July 8, 2014                    By: /s/ Matthew McNease
                                       Matthew McNease
                                       Acting Legal Officer
                                       Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( X )   Submit a Request for Warrant or Summons:

(   )   Defendant to Appear at Yosemite District Courthouse:

IT IS SO ORDERED.

Dated:   July 8, 2014                  /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE