Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ARROYO-CANTU,<br><br>Defendant. | DOCKET NO. 6:13-mj-042-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |
|---|---|

Defendant, Roberto ARROYO-CANTU, was arrested July 3, 2013, in Yosemite National Park and charged with three counts in a criminal complaint: Count 1: interference with an agency function; Count 2: driving on a suspended license behind a DUI; and Count 3: failure to comply with a traffic control device. ARROYO-CANTU plead guilty July 23, 2013, to Count 2. ARROYO-CANTU was sentenced to pay a fine of $800, 12 months of unsupervised probation, obey all laws, report any new law violations, and 10 days custody – suspended for length of probation. On July 8, 2014, this court signed a Probation Violation alleging ARROYO-CANTU failed to pay his fine. On July 9, 2014, the court was provided with proof of payment of the fine. The Government withdraws its request for a Probation Violation in this matter.

| | |
|---|---|
| Dated: July 8, 2014 | By: /s/ Matthew McNease |
| | Matthew McNease |
| | Acting Legal Officer |
| | Yosemite National Park, CA |

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( X )   The Probation Violation is retracted

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   July 11, 2014 | /s/ *Michael J. Seng* |
| | UNITED STATES MAGISTRATE JUDGE |